UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

United States Courts
Southern District of Texas
FILED

SEP 23 2020

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER V-20-84S |
| JOE ANTHONY RODRIGUEZ<br>MARVIN DENISON<br>JONATHAN RAY MESA | § § § § | |

SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

Between on or about May 1, 2020, and on or about May 13, 2020, in the Victoria Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

JOE ANTHONY RODRIGUEZ,
MARVIN DENISON
and JONATHAN RAY MESA,

did knowingly and intentionally conspire with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance. This violation involved more than fifty (50) grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(B).

A TRUE BILL:

<u>ORIGINAL SIGNATURE ON FILE</u>
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: *Patti Hubert Booth*
PATTI HUBERT BOOTH
Assistant United States Attorney